IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDDIE MADDOX, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00313-TES |
| | * |
| UNITED WISCONSIN INSURANCE COMPANY, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of August, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk